# UNITED STATES DISTRICT COURT

## Western District of Missouri

JUDGMENT IN A CIVIL CASE

RAY A. ROLLINS, Register No. 520743

    v.

GEORGE LOMBARDI, et al.,

Case Number: 09-4084-CV-C-SOW

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that plaintiff's claims are dismissed, without prejudice, pursuant to 28 U.S.C.§ 1915A, for failure to state a claim for which relief can be granted.

Entered on: October 7, 2009

| October 7, 2009 | Ann Thompson |
|---|---|
| Date | Clerk |

                                 G Richardson
                                 (By) Deputy Clerk